UNITED STATES ex rel. Giovanni or John LATORA, Relator-Appellant, v. Edward CORSI, as Commissioner, etc., Respondent-Appellee.

No. 269.

Circuit Court of Appeals, Second Circuit.
Jan. 18, 1932.

William I. Cohen, of New York City, for appellant.

Maurice De Koven, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

UNITED STATES of America ex rel. Charles MARCHI, Next Friend of Guiseppi Stambellini, Relator-Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, Respondent-Appellee.

No. 190.

Circuit Court of Appeals, Second Circuit.
Dec. 21, 1931.

Gaspare M. Cusumano, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (David Paley, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

UNITED STATES ex rel. Leo STAPF, Relator-Appellant, v. Edward CORSI, as Commissioner of Immigration, etc., Respondent-Appellee.

No. 260.

Circuit Court of Appeals, Second Circuit.
Jan. 5, 1932.

J. Waisman, of New York City, for appellant.

Murray I. Gurfein, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.